**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

Case No.    **CV 09-477-BR**                                Date of Proceeding:  **April 2, 2010**

Case Title: Seiko Epson Corporation et al v. Abacus 24-7 LLC et al

Presiding Judge:  **Anna J. Brown**                         Courtroom Deputy:  **Bonnie Boyer**

Reporter:

**PLAINTIFF'S COUNSEL**                    **DEFENDANT'S COUNSEL**

**DOCKET ENTRY:** Order

**RECORD OF**:  The Scheduling Order is revised as follows:

Plaintiffs' Opening *Markham* Brief due April 22, 2010.
Defendants' Opposition *Markman* Brief due May 27, 2010.
Plaintiffs' Reply *Markman* Brief due June 22, 2010.
*Markman* Hearing is reset for July 29-30, 2010 @ 9:00 am.
Fact Discovery to be completed by September 30, 2010.
Motion to Compel re: Fact Discovery due September 9, 2010; Responses due September 16, 2010; no reply permitted.
Initial Expert Report Exchange by October 7, 2010; Rebuttal Expert Exchange by November 4, 2010.
Expert Discovery to be completed by December 2, 2010.
Motion to Compel re: Expert Discovery due November 11, 2010; Response due November 18, 2010; no reply permitted.
Dispositive Motions or *Daubert* Motions shall be filed by December 22, 2010.

cc:  (  )  All counsel                                                         DOCUMENT NO: _____

**Civil Minutes**
**Hon. Anna J. Brown**                                                                    (Seiko.wpd)