**David W. Axelrod, OSB #75023**
E-mail: daxelrod@schwabe.com
**Devon Zastrow Newman, OSB #014627**
E-mail: dnewman@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1500-2000
Portland, OR 97204
Telephone 503-222-9981
Facsimile 503-796-2900

**Harold A. Barza, Cal. Bar #80888**
E-mail: halbarza@quinnemanuel.com
**Tigran Guledjian, Cal. Bar #207613**
E-mail: tigranguledjian@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone (213) 443-3000
Facsimile (213) 443-3100

*Attorneys for Plaintiffs/Counter-Defendants Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc., and Counter-Defendant Herbert W. Seitz*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br>v.<br><br>**GLORY SOUTH SOFTWARE MANUFACTURING INC.**, a California corporation; **BUTTERFLY PRINT IMAGE CORP. LTD;** a Hong Kong company; I**NK LAB (H.K.) CO. LTD**, a Hong Kong company; **NECTRON INTERNATIONAL, LTD.**, a Texas company; **MIPO INTERNATIONAL LTD.**, a Hong Kong company; **MIPO AMERICA, LTD.**, a Florida company; **NINE STAR IMAGE CO. LTD**, a China company; **now known as** | Civil No. 06-236-BR<br><br>**EPSON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT OR *WALKER PROCESS* FRAUD**<br><br>**ORAL ARGUMENT REQUESTED** |

**NINESTAR TECHNOLOGY CO., LTD.**, a China company; **NINE STAR TECHNOLOGY COMPANY, LTD.**, a California company; **TOWN SKY INC.**, a California corporation; **ZHUHAI GREE MAGNETO-ELECTRIC CO. LTD.**, a China company; **MMC CONSUMABLES INC.**, a California company; **TULLY IMAGING SUPPLIES LTD.**, a Hong Kong company; **INKJETWAREHOUSE.COM INC.**, a Connecticut corporation; **WELLINK TRADING CO., LTD.**, a China company; **RIBBON TREE (MACAO) TRADING CO., LTD.**, a China company; **RIBBON TREE (USA) INC., dba CANA-PACIFIC RIBBONS INC.**, a Washington company; **APEX DISTRIBUTING INC.**, a Washington company; **ARTECH GMBH**, a German company; **INK TEC CO. LTD.**, a Korea company; **INK TEC AMERICA CORPORATION**, a Maryland company; **DATAPRODUCTS USA LLC**, a California limited liability corporation; **GERALD CHAMALES CORP., dba RHINOTEK COMPUTER PRODUCTS**, a California corporation; **MASTER INK CO., LTD.**, a Hong Kong company; **ACUJET U.S.A., INC.**, a California company; **RHINOTEK COMPUTER PRODUCTS, INC.**, a Delaware corporation,

                Defendants.

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>**E-BABYLON, INC., dba 123INKJETS.COM**, a California corporation; **LINKYO CORP., dba SUPERMEDIASTORE.COM**, a California corporation; **CARTRIDGES ARE US, INC.**, a Michigan corporation; **PRINTPAL, INC.**, an Oregon corporation,<br><br>        Defendants. | Civil No. 07-896-BR |
| **SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>**INKJETMADNESS.COM, INC. dba INKGRABBER.COM,** a California corporation; **ACECOM INC - SAN ANTONIO, dba INKSELL.COM,** a Texas corporation; **COMPTREE INC., dba MERITLINE.COM,** a California corporation; **MEDIA STREET INC., dba MEDIASTREET.COM,** a New York corporation,<br><br>        Defendants. | Civil No. 08-0452-BR |

| | |
|---|---|
| **SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **ABACUS 24-7 LLC,** an Arizona limited liability company; **EFORCITY CORPORATION, dba EFORCITY.COM,** a California corporation; **R&L IMAGING GROUP, INC., formerly known as IEM CONSUMABLES, INC.,** a California corporation; **XP SOLUTIONS, LLC, dba CLICKINKS.COM,** a Florida limited liability company; **CLICKINKS.COM, LLC,** a Florida limited liability company; **GLOBAL BUSINESS SUPPORT SYSTEMS, INC., dba PRINTCOUNTRY.COM,** a Delaware corporation; **GREEN PROJECT, INC.,** a California corporation; and **JOSEPH WU**, an individual, <br><br> Defendants. | **Civil No. 09-477-BR** |
| **GREEN PROJECT, INC.,** a California corporation; and **JOSEPH WU,** an individual, <br><br> Counterclaimants, <br><br> v. <br><br> **SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation; and **HERBERT W. SEITZ,** an individual, <br><br> Counter Defendants. | |

**LOCAL RULE 7-1 CERTIFICATION AND LEAVE TO FILE MOTION**

Plaintiffs Seiko Epson Corporation, Epson America, Inc. and Epson Portland Inc. (collectively, "Epson") certify that counsel for Epson met and conferred with counsel for defendants Ninestar Technology Co. Ltd. (formerly Ninestar Image Co. Ltd.); Ninestar Technology Company Ltd.; Town Sky Inc.; Dataproducts USA LLC; Cartridges Are Us, Inc.; Linkyo Corp. (dba Supermediastore.com); Printpal, Inc.; Acecom Inc. – San Antonio (dba Inksell.com); Inkjetmadness.com, Inc. (dba Inkgrabber.com); Abacus 24-7, LLC; Global Business Support Systems, Inc. (dba Printcountry.com); XP Solutions, LLC (dba Clickinks.com); and Clickinks.com, LLC (collectively, the "Defendants") regarding this and other dispositive and *Daubert* motions on January 19, 2011.  Further, this motion is submitted pursuant to the Court's March 11, 2011 and March 31, 2011 Orders granting leave to file this and other specifically-identified dispositive and *Daubert* motions identified in the parties' March 10, 2011 Joint Submission.

**MOTION**

Epson moves the Court for a finding of no inequitable conduct or *Walker Process* fraud based on defendants' insufficient evidence of either a material omission or representation to the United States Patent & Trademark Office or intent to deceive the patent examiner with respect to their allegations of inequitable conduct and *Walker Process* fraud.

Epson's motion is based on the concurrently-filed supporting memorandum of points and authorities; the concurrently-filed declarations of Dr. Gerald M. Murch, the Honorable Gerald J. Mossinghoff, and Valerie Roddy; all pleadings and other records on file in this action; and such other evidence or argument that may be presented at any hearing on this motion.

DATED: April 22, 2011                SCHWABE, WILLIAMSON & WYATT, P.C.


By: /s/David W. Axelrod
David W. Axelrod, OSB #75023
Devon Zastrow Newman, OSB #014627
Telephone: (503) 222-9981

Harold A. Barza, *Admitted Pro Hac Vice*
Tigran Guledjian, *Admitted Pro Hac Vice*
Valerie Roddy, *Admitted Pro Hac Vice*
James D. Stein, *Admitted Pro Hac Vice*
Rachael L. McCracken, *Admitted Pro Hac Vice*
Justin Brownstone, *Admitted Pro Hac Vice*
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000

*Attorneys for Plaintiffs and Counter-Defendants Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc.*

**PAGE 2 – EPSON'S MTN FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**