**David W. Axelrod, OSB #75023**
E-mail: daxelrod@schwabe.com
**Devon Zastrow Newman, OSB #014627**
E-mail: dnewman@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1500-2000
Portland, OR 97204
Telephone 503-222-9981
Facsimile 503-796-2900

**Harold A. Barza, Cal. Bar #80888**
E-mail: halbarza@quinnemanuel.com
**Tigran Guledjian, Cal. Bar #207613**
E-mail: tigranguledjian@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone (213) 443-3000
Facsimile (213) 443-3100

*Attorneys for Plaintiffs/Counter-Defendants Seiko Epson*
*Corporation, Epson America, Inc., and Epson Portland Inc., and*
*Counter-Defendant Herbert W. Seitz*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **ABACUS 24-7 LLC,** an Arizona limited liability company; **EFORCITY CORPORATION, dba EFORCITY.COM,** a California corporation; **R&L IMAGING GROUP, INC.,** formerly known as IEM | **Civil No. 09-477-BR** <br><br> **PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIM FOR PATENT INFRINGEMENT AGAINST JOSEPH WU** |

|  |  |
|---|---|
| CONSUMABLES, INC., a California corporation; **XP SOLUTIONS, LLC, dba CLICKINKS.COM,** a Florida limited liability company; **CLICKINKS.COM, LLC,** a Florida limited liability company; **GLOBAL BUSINESS SUPPORT SYSTEMS, INC., dba PRINTCOUNTRY.COM,** a Delaware corporation; **GREEN PROJECT, INC.,** a California corporation; and **JOSEPH WU,** an individual,<br><br>            Defendants. |  |
| **GREEN PROJECT, INC.,** a California corporation; and **JOSEPH WU,** an individual,<br><br>            Counterclaimants,<br><br>    v.<br><br>**SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation; and **HERBERT W. SEITZ,** an individual,<br><br>            Counter Defendants. |  |

PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIM FOR PATENT
INFRINGEMENT AGAINST JOSEPH WU

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiffs Seiko Epson Corporation, Epson America, Inc. and Epson Portland Inc. (collectively "Plaintiffs") move to voluntarily dismiss their claim for patent infringement against defendant Joseph Wu with prejudice and with no award of fees or costs. Plaintiffs and Mr. Wu have entered into a Confidential Settlement Agreement effective May 4, 2011. Pursuant to the Confidential Settlement Agreement, Plaintiffs and Mr. Wu have agreed to dismiss with prejudice their respective claim and counterclaim asserted in this litigation. Accordingly, Plaintiffs' respectfully request that the Court dismiss Plaintiffs' claim for patent infringement against defendant Mr. Wu with prejudice and with no award of fees or costs.

Dated: July 15, 2011

| By: David W. Axelrod<br>daxelrod@schwabe.com<br>bsorensen@schwabe.com<br><br>**Devon Zastrow Newman**<br>dnewman@schwabe.com<br><br>**Harold A. Barza**<br>halbarza@quinnemanuel.com<br><br>**Tigran Guledjian**<br>tigranguledjian@quinnemanuel.com<br>ITCEpson@quinnemanuel.com | *Counsel for Plaintiffs/Counter-Defendants:*<br>*Seiko Epson Corporation,*<br>*Epson America, Inc., and*<br>*Epson Portland Inc., and*<br>*Counter-Defendant Herbert W. Seitz* |
|---|---|

Page 1 – PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIM FOR PATENT INFRINGEMENT AGAINST JOSEPH WU

PURSUANT TO PLAINTIFFS' VOLUNTARY DISMISSAL OF THEIR CLAIM FOR PATENT INFRINGEMENT AGAINST JOSEPH WU, PLAINTIFFS' CLAIM FOR PATENT INFRINGEMENT AGAINST JOSEPH WU IS HEREBY DISMISSED WITH PREJUDICE AND WITH NO AWARD OF FEES OR COSTS.

IT IS SO ORDERED

Dated: July 25, 2011.

_____
HON. ANNA J. BROWN
United States District Court Judge